In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Opening and Extending East Two Hundred and Twenty-second Street in the Borough of the Bronx.

CAROLYN FOSTER, PRINCESSE AYMON DE FAUCIGNY LUCINGE et al., Appellants.

*Matter of City of New York* (*East 222d Street*), 164 App. Div. 880, affirmed.

(Argued January 5, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1914, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in street opening proceedings.

*William Mitchell* for appellants.

*Frank L. Polk, Corporation Counsel* (*Joel J. Squier, John J. Kearney* and *Frederick W. Gahrmann* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.